UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER WHITE,

    Plaintiff,

v.                                                          Case No. 3:21-cv-226-BJD-JBT

CITY OF JACKSONVILLE
BEACH, et al,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Notice of Voluntary Dismissal With Prejudice (Doc. 62; Notice) filed on November 23, 2022, which the Court construes as an Unopposed Motion to Dismiss with Prejudice. In the Notice, Plaintiff requests a dismissal of this case with prejudice as to all Defendants. See Notice at 1. Accordingly, it is hereby **ORDERED**:

    1.     This case is **DISMISSED with prejudice**.

    2.     The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 17th day of January, 2023.

BRIAN J. DAVIS
United States District Judge

- 2 -

cs
Copies furnished to:

Counsel of Record